UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
          :
JERMAINE DELETSON,        :
          :
         Plaintiff, :
          :     19-cv-6152 (VSB)
    -against-     :
          :     **ORDER**
BACBARS GROUP LLC, NEVINS :
REALTY LLC,        :
          :
         Defendants. :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: December 16, 2019
      New York, New York

_____
Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019